# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SAWAND PALMER,

    Plaintiff,

v.                                                        CASE NO.  4:11cv73-RH/WCS

LEE I. PETERS, JR. et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.  The clerk must take all steps necessary to effect the transfer.

SO ORDERED on April 13, 2011.

                                                      s/Robert L. Hinkle
                                                     United States District Judge